NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER J. FITZSIMMONS,**
*Petitioner,*

v.

**DEPARTMENT OF TREASURY,**
*Respondent.*

---

2011-3206

---

Petition for review of the Merit Systems Protection Board in case no. NY0432100212-I-1.

---

## ON MOTION

---

## O R D E R

Peter J. Fitzsimmons moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 2 6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Peter J. Fitzsimmons
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 2 6 2011**

**JAN HORBALY**
**CLERK**